Ex. A-1

# Suffolk County Sheriff's Department
## Corrections Division
## Disciplinary Hearing Disposition Form

Disciplinary Control Number: **6D 0598**    Hearing Date: **06/09/06**

Inmate Name: **MACFARLANE, Elden**    PIN#: **489 78**    D.O.B. **11/17/68**

Incident Location: **3 ES**    Date/Time: **6/9/06 0745**    Infraction(s): **7, 49, 52, 55**

Inmate Status:
- [✓] Male
- [ ] Female
- [✓] Adult
- [ ] Minor

- [ ] Termer
- [✓] Felony
- [ ] Misdemeanor
- [ ] Civil

- [ ] Writ
- [ ] Parole
- [ ] Downstate

Book/Page: **D035R - 5**

[✓] Disciplinary Surcharge Imposed (see Facility Rulebook)

Hearing Board Decision:

**7 - A 50 DAYS DISC LI**
**49 - DISMISSED - WRONG CHARGE**
**52 - DISMISSED - UNSUB**
**55 - DISMISSED - UNSUB**

Total Disposition: **50 DAYS DISC LI**

Loss of Good Time _____ Days

Lock In Information    Date In: **6/9/06 0800**    Date Out: **7/29/06 0800**

Name/Rank/Shield: _____    Name/Rank/Shield: _____

Name/Rank/Shield: _____    [✓] Appeal Explained    **APPEAL TAKEN**

Plea: **NOT GUILTY**    Start Time: **1630**    Finish Time: **1715**

Administrative Approval:  [ ] Approved    [ ] Disapproved

Administrator: _____    Date: _____

Original to Record Room    Copies to: Classification - Inmate

CF - 13

29-0548.. 07/01cb

Ex. B

STATEMENT ATTACHED!

REF. DISCIPLINE # 600598

## SUFFOLK COUNTY SHERIFF'S OFFICE GRIEVANCE FORM

| NAME: ELDEN MACFARLANE | GRIEVANCE #: R-2006-084 |
| PIN #: 489783   D.O.B.: 11-17-68   LOCATION: 4SW84 | FACILITY: Suffolk County   DATE: 06-08-06 |

**I. Specific detailed description of the Grievance:** (Be sure to review Grievance Procedure as outlined in the inmate Rulebook **before** completing Grievance.)  You should first attempt to resolve this issue with your Housing Officer and/or the Housing Area Sergeant.

I CAN NOT SOLVE THE'S ISSUE WITH MY HOUSING OFFICER / SERGEANT BECAUSE IT INVOLVES FELLOW OFFICER AND SERGEANT CURCIE S144. SGT CURCIE CHOKED ME WITH HIS HAND. HE AND SEVERAL OTHER OFFICER USED EXCESS FORCE WHEN I WAS FOLLOWING INSTRUCTION THEY PUNCHED ME WITH A CLENCHED FITS NUMEROUS TIMES LEAVE ME WITH A SWOLLEN LIP/BLOOD SHOT EYE BUSIES ALL OVER MY HEAD. THEY SLAMMED MY HEAD AGAINST THE BAR, KICKED KNEE MY LEG, INJURED MY RIGTH LEG WHICH HAS 2 PLATES IN IT. THEY NOTED MY QU RAN AND MADE RELIGIOUS SLURES AND SLANDERS ("OH A FUCKING QU RAN, WHAT ARE YOU A FUCKING MUSLIM") I INFORMED THEM THAT I WAS M.O. (MENTAL OBSERVATION) AND THAT I HAD PTSD (POST-TRAMATIC STRESS DISORDER) I TOLD THEM THAT I WAS LISTENING AND FOLLOWING ORDERS. THEY DISREGARDED ALL I SAID AND COUNTINUED TO VIOLATE ME FOR 20 MIN. I INFORM THEM ABOUT WRIST INJURIES AND THAT THEY USEUALLY 2 SET OF HANDCUFFS FOR ME. (I AM 310 lbs WITH PHYSICAL DISABILITIES I AM LEGALLY DISABLED AND I TOLD THEM) Additional Sheets Attached (✔)

**II. Action(s) requested by the grievant:** FIRST I WOULD LIKE ALL OFFICERS INVOLVED, INCLUDING SGT CURCIE S144, TO BE RETRAIN IN DEALING WITH MENTALLY AND PHYSICALLY DISABLED INMATES. ALSO HOW TO BE MORE AWARE (SESITIVE) OF WHAT THE INMATE IS TRYING TO SAY. 2ND AND MOST IMPORTANTLY I WANT MY RECORD CLEARED OF ANY WRONG DOING. (THIS IS MY ONLY TICKET) 3. IF FOUND THAT THE LAW, RULE & REGULATION, OR ETHICAL CODES OF CONDUCT WERE BROKEN I WOULD LIKE APPROPRIATE Additional Sheets Attached (✔)

Signature of Grievant: _____     Date: 06-14-06

### * * * * * INMATES DO NOT WRITE BELOW THIS LINE * * * * *

**Receiving Officer** – List any and all attempts made to resolve the issue described above.

SUF. CORRECT. FACILITY
DEP. WARDEN'S OFFICE
2006 JUN 15 AM 8:

Receiving Officer: _____     #: _____     Date: _____

**Housing Area Sergeant** - List any and all attempts made to resolve the issue described above.

*(left margin, bottom to top:)* GRIEVABLE OFFENSE    SAID NON    SGT    TOOK TO GRIEVANCE    S186    420    06-06B-

Case 2:10-cv-02877-MKB-ARL Document 15-3 Filed 03/01/11 Page 5 of 31 PageID #: 92

ELDEN MACFARLANE #600598

PIN 489783    D.O.B 11-17-68    DATE 06-08-06

**I** EACH TIME I TRYED TO INFORM SGT CURCIE

AND HIS ~~EM~~ THEM TEAM THEY WOULD STRIKE ME

AND SAY "SHUT THE FUCK UP" "DONT YOU LEARN".

THEY USE IMPROPER RESTRAING TECHNIQU WHICH

CAUSED PAIN, TORN SKIN AND SWELLING OF

THE WRIST. GIVEN MY WEIGTH, INJURIES AND

THE FACT I WAS CHOKED I HAD TO MOVE WITH CAUTION.

**II.** (CONT) ~~PUNH~~ PUNITIVE ACTION IAW

NEW YORK STATE LAW AND SUFFOLK COUNTY

CORRECTIONAL FACILITY. FINALLY I WOULD

LIKE AN APOLOGY FROM THE OFFICERS

INVOLVED.

NOTE: UPON FORMAL INQUIREY I CAN
SUPPLY MORE INFORMATION. I REQUEST
A FORMAL INQUIRY (IAW STATE EQUAL TREATMENT
LAWS) BASE UPON RELIGUS, CHARGE, AND
UNFAIR DISABILITY. I RESERVE THE RIGTH TO
SEEK THE CHAIN OF COMMAND BASS UPON THE
OUT COME OF THE GRIEVANCE.

Ex. C.

I WOULD LIKED TO SUBMIT A STATEMENT OF EVENTS TO THE HEARING OFFICER SO IT COULD BE REVIEWED ALONG WITH THE HEARING MINUTES (LOG OF CONVERSATION). I WAS TOLD BY THE HEARING PERSONNEL THAT I COULD NOT (EITHER SUBMIT A STATEMENT) STATING THE SPECEFIC GROUNDS FOR APPEAL I AM WRITING A BRIEF DISCRETION OF EVENTS.

- THE C.O. WHO WROTE THE "CF-12" WAS NOT THE C.O. WHO WAS SEARCHING MY CELL. C.O. 1177 WAS IN MY CELL AND MADE RELIGOUS STATEMENTS TO SGT CRUCIE WHICH HE RETURNED. I THEN MADE A STATMENT ABOUT MY BOOKS AND BOOKS BELONGING TO OTHERS. C-O 524 WAS FURTHER DOWN THE TIER AT THE TIME. SGT CRUCIE WAS STANDING ON THE DAY BED. C.O. 524 STATES IN HIS STATEMENT, AS I REMEMBER

* [I WAS NOT GIVEN A COPY OF ORAL STATEMENT (STERED OR OTHER WISE)] THAT HE WAS IN MY CELL. THIS STATEMENT IS FALSE. OFFICER 1177 SHOULD HAVE WRITTEN THE CF-12 AS ANYONE.

- NOT ALLOUD COPIES OF STATEMENT SO I COULD SHOW INCONSISTANCESIES OR FALSE STAIMENTS OF WITNESSES (C. 524 SGT 144) (AS PER SCOF RULE & REGULATION Pg || DISCIPLINARY PANEL, LINE 10 - DOCUMENTS COULD HAVE BEEN STEPLED.)

- I DID NOT ATTEMPT TO STRIKE THE SGT. I SUBCONSIONSLY REMOVED HIS HAND FROM MY THROAT. I WAS STANDING WITH MY BACK AGAINST THE BARS AS PER SOP FOR A SHAKE DOWN. IT IS A PROVENE FACT THAT ANYONE WHO IS BEING CHOKED ALWAYS REACHES FOR THEIR NECKS ALSO I HAVE PTSD WHICH I INSTANTLY SAID LOUDLY TO EVERY ONE ONCE I NOTICE WHAT I DID. KEEP IN MIND SGT 144 WAS STANDING ON THE DAY BED TO THE LEFT WHEN

NOTE
SOP
STANDARD
OPERATIONAL
PROCEDURE

HE CAME FROM HIS ELEVATED POSITION TO ME WHILE MY BACK WAS AGAINST THE B BARS, GRABED MY NECK AND SLAMED MY HEAD AGAINST THE BARS, PRIOR TO MY REACTION. IN ONE MOTION, PRIOR TO MY REACTION. I HAVE BEEN SEEN BY MY DOCTORS AND THE FACILITIE DOCTORS AND THEY SAW THE KNOT ON MY HEAD. ALSO I HAVE BEEN IN THE MILITARY 12 TWELVE YEAR DURING WHICH TIME YOU HAVE REPEATED TRAINING ON KEEPING YOU AIRWAY CLEAR, AS YOUR EMERGENCY RESPONE UNIT WOULD NOT DUELY OBVIOUSLY TRAIN ON UNTIL MUSCLE MEMORY. IT WAS NOT A PLANED RESPONSE EVEN THOU SGT 144 WAS USING AN ILLEGAL RESTRAINT TECHNIQUE FOR NO OTHER REASON THEN HE WANTED TO. TECHNIQUE

DURING THE HEARING I WAS DENIED THE RIGTH TO WITNESSES. SGT 122 SAID I COULD ONLY GET WITNESSES WITH PROPER FIRST AND LAST NAME. I EXPLAINED I AM ON ANOTHER ON A DIFF TIER NOW AND THAT INMATES NORMALLY DON'T USE SURNAMES I WAS THAT PEOPLE NORMALLY DON'T USE FIRST NAMES TIER, I OFFERED SEVERAL OPTIONS. SINCE IT HAD ONLY BEEN 24 HRS SINCE THE INCIDENT I SUGGESTED USING CELL #'S OF ANY ONE IN THE AREA OF MY CELL, TO GET THE TIER THE ROSTER FOR 06/05/10 DW OF THE TIER, AND TO START AN INVESTIGATION. TO QUESTON INMATES AS WELL AS OFFICERS (Pg 11 DISCIPLINARY PROCEDURE LINE (7) CORRECTIONAL FACILITY RULES AND REGULATIONS " YOU MAY REQUEST THE HEARING PANEL TO CONDUCT AN INVESTIGATION INTO THE CHARGES.) SO THAT HE COULD HAVE ALL SIDE OF THE STORY AND TRULY GIVE AN IMPARTIAL DECISION

THE HEARING OFFICERS WILL DISSREGARD PERSON Nos (INVOLVED WITH HEARING + INCIDENT.

I WAS DENIED ~~ACCESS~~ ~~to~~

I SUGGESTED THAT SGT 122 ASK BOTH SGT 144 AND C.O. ~~S~~ 526 SOME QUESTION (AS PER Pg 11, LINE 8 OF SCIF RULE & REGULATION) ~~to~~ TO SHOW FALSE STATEMENT / INCONSISTENCY. I WAS DENIED.

MINIMUM STANDARD ~~WERE~~ WERE NOT MADE AVAILABLE TO ME TO PRESENT AN ADEQUATE APPEAL AFTER I REQUESTED IT FROM C.O 1212, AND THE SGT ON DUTY. ( ~~C.O 122~~ I REQUESTED HELP WITH MY APPEAL VIA LAW LIBRARY AND WAS DENIED BY EVERY SG. ton SHIFT!

- THE ~~THE~~ MORNING OF ~~FOLLOWING~~ ~~NITE~~ 06/10/96 I SAW C.O 526 AND WAS NOT AWARE THAT HE WAS ONE OF THE OFFICIER INVOLVED. I ATTEMPT TO GO THRU THE CHAIN OF COMMAND TO RECEIVE THE C.O. BADGE #. INSTEAD C.O ~~1212~~ SHOWED ~~UP~~ WITH C.O 526. HE ~~USE #~~ CALL ME A INSULTING NAME AND BECAME INDIGNA ~~TE~~. I ~~EXPLAIN~~ EXPLAINED WHAT I WAS DOING (APPEAL) AND HE TREATEN ME. (PRIOR GENDER STATEMENTS, WITNESSES UPON REQUEST)

I BELIEVE C.O 526 WAS ~~HE~~ TRYING TO HENDEE THE APPEAL PROCESS BY MEANS OF INTIMIDATION AND RECIPROCITY. ~~LATER THAT~~ I LATER FOUND OUT THAT I DID NOT NEED TO GO THRU MY SGT TO GET HIS #.

- LATTER THA ~~DAY~~ ON 06/10/96 AFTER C.O 526 MADE MADE NEGATIVE ~~COMMENTS~~ COMMENTS TO ME WHILE ON THE ELEVATOR. I ASK THE C.O. WHO WAS OPERATING THE ELEVATOR DID HE HEAR, HE SAID YES 1320 HRS APPROX. AND AFTER

I LOGGED MY REQUEST AND CAN MAKE IT AVAILABLE UPON REQUEST.

IV

I ASKED A WHITE FEMALE FROM INTERNAL SECURITY + A WHITE MALE LT. ABOUT CHAIN OF COMMAND AND OPEN DOOR POLICY AS I PROCEEDED TO ~~ISLAMIC~~ RELIGIOUS SERVICE. DURING SERVICE THE FEMALE OFFICER, CO 526 AND SEVERAL OTHER SHOW UP AND HAD ME SIGN A SHEET FOR SHACKEL 48 HRS AFTER THE INCEDENT. ~~I~~ THEY ~~WERE TRYING TO FIND OUT THAT~~ BELEIVED I WAS AWAITING MY HEARING ~~HAD TAKEN PLACE ALREADY.~~ I BELIEVE DUE TO THE NATURE AND TIMING OF THE ACT IT WAS RECIPROCITY, WHICH IS NOT ALLOW.(AS PER SCCF P5 5, GENERAL RULES). ~~D~~ ALSO THIS WAS DONE TO HINDER THE APPEAL PROCESS VIA HARRASHMENT ~~AND~~ MISABUSE OF ATHORITY, AND INPROPER PROCEDURE.

KNOWN

~~FINALLY~~ MORE CO.'S WERE INVOLVED THEN STATED. (IT WAS DURING A SHAKEDOWN) EXCESSIVE FORCE, RELIGOUS STATEMENTS, AMOUNG OTHER THING WERE USED. RULE # 2 AS STATED ON CF-13 WAS NOT BROKEN. ~~AND~~ POSSIBLY ~~THERE~~ THERE MAY BE ~~AN~~ AN ALTERIOR REASONS FOR PERSUEING THESE CHARGES IN THE FIRST PLACE. IT IS KNOWN THAT I AM SEEKING THE LOWEST LEVEL IN WHICH TO SOLVE SOME OF THESE EQUAL TREATMENT ISSUES ~~I HAVE ISSUES. I HAVE~~ ~~NEVER GOTTEN A TICKET~~ CAUSED A PROBLEM NOR ~~IN MY 9 MONTHS~~ ~~BY THE TIME HERE. I~~ INTEND TO STAY TICKET ~~FREE WAITING~~

0611/05

RECEIVED A TICKET IN MY 9 MONTHS

FREE

THRU TRIAL-

FINALLY I SPOKE TO CO 1177 IN FRONT OF AN INMATE AND THE CO. ON DUTY AND HE ADMITED TO BEING IN THE ROOM BY HIM SELF.

REMEDY   1283                    V

IN ORDER OF IMPORTANCE.

- IMMEDIATE DISMISSAL OF CHARGES, AND
  EXPUNGEMENT OF IN HOUSE RECORD.
- PLACED BACK IN SEGRAGATION,
  KEEP ACCOUNT OF SOLITARY MOVEMENT WITH
  MYSELF AND WITNESS OFFICERS SGT 144, O.C. 524, AND
  ONE OTHER EMS TO LIMIT RECEPROCITY.
- RETRAINING OF OFFENDING OFFICERS IF NEEDED
  WITH SGT TIER AND LEGAL RESTRAINT.
- APOLOGY FROM OFFENDING OFFICERS.

THE OTHER ASSAULTING OFFICER WAS ON THE
TIER TODAY IN ALL BLACK I BELEIVED HE
WORKED ON THE FLOOR TODAY.

Ex. D

# Suffolk County Sheriff's Office
## Correction's Division
## Disciplinary Hearing Appeal Disposition Form

**Inmate's Name:**   Elden MacFarlane

**Pin Number:**   489783

**Disciplinary Report Number:**   6D0598

**Hearing Sergeant:**   C/Sgt. S. Salvaggio, S-122

**Hearing Officer:**   C.O. M. Benfante #1067

**Disciplinary Appeal Number:**   17-06

**Reviewing Officer:**   C/Capt.  John C. Donegan C-11

**Date:** June 12, 2006

**Comments:**      After a thorough review of all written accounts of the related incident and subsequent disciplinary hearing it is my decision that your appeal is denied. All Facility procedures were followed properly in adherence to section 7006 of Minimum Standards without any unfair disciplinary or punitive action taken.

**Notification of Decision**

Your appeal of the Disciplinary Sanctions is:

**Approved**              **Denied**                        **Sanctions Amended**

_____
**Inmate's Signature**

_____
**Warden or his designee**

_____
**Witness**

Ex. E

06/21/06

TO CHIEF OF THE SOUTH HAMPTON POLICE DEPT,

I, ELDEN MACFARLANE, WOULD LIKE TO PRESS FORMAL CHARGES

ON CORRECTION OFFICERS BADGE # 5144, 526, 1177 AND

SEVERAL OTHERS FOR ASSAULT. I CAN GIVE THE TIME

AND PLACE FOR THE ONES I DONT HAVE BADGE NUMBES

TO. I WOULD LIKE TO PLACE CHARGES ON DR. GERACI AT

SUFFOLK COUNTY CORRECTIONAL FACILITY FOR VIOLATION

OF HUMAN RIGTHS. ~~ALSO~~ I WOULD. LIKE TO PRESS FORMAL

CHARGES AGAINST THE CORRECTION OFFICERS (SHERIFF

DEPARTMENT PERSONNEL) FOR EQUAL TREAMENT VIOLATION,

EXCESSIVE FORCE, HARRASSMENT, AND THREATS. I WOULD

LIKE AN AUDIENCE WITH YOUR REPRESENTATIVE, MY

ATTORNEY, AND MYSELF TO DISCUSS THE CHARGES ON THE

ABOVE MENTIONED.

THANK YOU FOR YOUR TIME AND QUICK RESPONSE.

ELDEN MACFARLANE

LOCATION 4S/W24

D.O.B 11/17/68

SWORN TO BEFORE ME

21 JUNE 2006

NOTARY PUBLIC

Joseph Foti
Notary Public, State of New York
01FO6129782
Qualified in Suffolk County
Commission Expires July 5, 2009

Ex. F

Case 2:10-cv-02977-JFB-ARL Document 15-3 Filed 02/07/11 Page 18 of 31 PageID #: 105

TO: MR. STEVE LEVY

FROM: ELDEN MACFARLANE

SUFFOLK COUNTY CORRECTIONAL
FACILITY

110 CENTER DRIVE

RIVERHEAD, N.Y., 11901

PIN# 489783
LOCATION 4S/W 24
D.O.B. 11/17/68

✳ NOTE — ALL INCOMING MAIL IS OPENED,
AND MAY BE READ

07/03/0

DEAR MR. LEVY:

I HAVE EXHAUSTED MY OPTIONS LOCALLY

AND AM FORCED TO SEEK ASSISTANCE

THROUGH YOUR OFFICE. MY NAME IS ELDEN

MAC FARLANE AND I HAVE BEEN ASSAULTED

AND HAD EXCESSIVE FORCE USED ON ME BY THE

SHERIFF'S DEPARTMENT. THE CORRECTIONS

OFFICERS WHO ASSAULTED ME OR WHO STOOD

BY AND DID NOTHING TO STOP IT ARE

BADGE NUMBERS 5144, 526, 666, 1177. THERE

ARE OTHERS WHO I CAN GIVE A TIME AND

PLACE ON BECAUSE THEY EITHER WOULD

NOT GIVE ME THEIR NUMBER OR I

HAVE NOT SEEN THEM SINCE 06/08/06 (NOTE:

DATE OF ~~MAJOR~~ EVENT.) I WAS VIOLATED UNDER

THE FOLLOWING EQUAL TREATMENT LAWS:

~~RELIO~~ ~~RELIGOUS~~ RELIGION DISABILITY AND

POSSIBLY GENDER AND CHARGE. I WAS

ADVISED BY MY PUBLIC DEFENDER THAT IF I

WENT TO INTERNAL AFFAIRS THAT IT

WOULD DRASTICALLY EFFECT MY CASE SO I

DID NOT SPEAK TO THEM AT THAT TIME. HOWEVER,

I HAVE BEEN CONSTANTLY HARASSED AND

WAS NOT RECEIVING PROPER MEDICAL TREAT-

MENT UNTIL I TOOK ACTION. I WOULD LIKE

TO SPEAK WITH YOU OR YOUR REPRESENT-

ATIVE IN REGARDS TO POSSIBLE COURSE OF

ACTION, NOT TO EXCLUDE A FORMAL INQUIR

I AM USING MY CHAIN OF COMMAND. THANK YOU

FOR YOUR TIME AND QUICK RESPONSE.

ELDEN MACFARLANE

July 10, 2006

Catherine J. Eaton

CATHERINE J. EATON
Notary Public, State of New York
No. 01EA5073408 – Suffolk County
Commission Expires February 24, 20___

Ex. G

# Suffolk County Correctional Facility
## Notice of Charges and Basis for Disciplinary Actions Report

| Inmates Name: MACFARLANE, ELDEN | Inmate Housing Location: 3 E/N 13 |
|---|---|

| PIN# 489 783 | D.O.B. 11/17/68 | Class: AmFel |
|---|---|---|

| Date/Time of Report: 07/18/07 2035 HRS | Incident Date/Time/Location: 07/18/07 1836 HRS 3 EAST/NORTH A13 |
|---|---|

A report of your action(s) has been forwarded to the Warden's Office accusing you of the following infractions and the specific reasons for these charges.

Note to preparing officer: Provide a description of the inmate's conduct along with each infraction and the rule number violated.

**Rule #** 17.01 Failing TO OBEY A DIRECT ORDER, YOU VIOLATED THIS RULE BY NOT GIVING THE BROOM TO THIS OFFICER WHEN INSTRUCTED TO. @

**Rule #** 17.02 INTERFERENCE WITH A STAFF MEMBER. YOU VIOLATED THIS RULE BY NOT GOING BACK TO YOUR HOUSING AREA, YOUR ACTIONS STOPPED

**Rule #** THIS OFFICER FROM HIS LOBBY DUTIES. @

**Rule #** 14.03 DESTRUCTION OF COUNTY PROPERTY. YOU VIOLATED THIS RULE BY BREAKING THE BROOM IN YOUR STRUGGLE WITH

**Rule #** THIS OFFICER. @

| Supplemental pages required: Yes ____ No ____ | Page ____ of ____ |
|---|---|

| Reporting Officer (Print and sign name) | Badge #: |
|---|---|

Incident Report Submitted: Yes ✓ No ____ Translator/Assistance requested: Yes ____ No ✓

Witness(es) requested: Yes ____ No ____ If yes, witness(es) name(s) Have each witness complete a Witness Statement Form.)

Further investigation required: Yes ____ No ____ If yes, complete Formal Investigation Form.

Locked in based on above charges: Yes ____ No ____ Date/Time:

You may submit to the chief administrative officer a written response to the charges brought against you. Furthermore, an impartial disciplinary committee has been designated by the Warden for the purpose of conducting a hearing to determine the validity of this compliant and to insure that the best interests of both you and the facility are served. You will be given an opportunity to answer this hearing which will be held at least twenty four (24) hours after this notification, unless you choose to waive this right. If additional information is required by this committee, further inquiry into the circumstances surrounding the incident will be made. You have the right to appeal the dispositions and sanctions applied as a result of the hearing within two (2) business days of the hearing date. An appeal form will be given to you and assistance in completing the appeal form will be provided upon request. Your signature is required stating that you have received a copy of this notice from a supervisor.

Supervisor Signature/Date/Time: Sgt. _____ S198

Continued confinement required pending disciplinary hearing: Yes ✓ No ____

If yes CF11 must be submitted.

Duty Lieutenant Signature/Date/Time:

| Inmate Signature/Date/Time: NON-CONCURE!!! | Supervisor Signature/Date/Time: |
|---|---|

After inmate has affixed his signature copies to:
Copy 1: Hearing Board  Copy 2: Inmate Copy  Copy 3: Classification

CF-12

29-0547... 07/01cg

NO SIGN

NO PRINTED NAME

Case 2:10-cv-02467-MKB-ARL Document 15-3 Filed 06/02/11 Page 24 of 31 PageID #: 111

# Suffolk County Correctional Facility
## Notice of Charges and Basis for Disciplinary Actions Report

Disciplinary #

| Inmates Name: MACFARLANE, ELDON | Inmate Housing Location: 3 E/N 13 |
|---|---|

| PIN# 489783 | D.O.B. 11/17/68 | Class: AMFEL |
|---|---|---|

| Date/Time of Report: 07/18/07 2035 HRS | Incident Date/Time/Location: 07/18/07 1836 HRS 3 EAST/NORTH #13 |
|---|---|

A report of your action(s) has been forwarded to the Warden's Office accusing you of the following infractions and the specific reasons for these charges.

Note to preparing officer: Provide a description of the inmate's conduct along with each infraction and the rule number violated.

**Rule #** 2 | ASSAULT. YOU VIOLATED THIS RULE BY ATTAMPTING TO STRIKE AT THIS OFFICER WITH A BROOM STICK.

**Rule #** 15.01 | HARASSMENT. THREANISTOWARD OFFICER. YOU VIOLATED THIS RULE BY ATTAMTING TO STRIKE THIS OFFICER WITH A BROOM.

**Rule #**

**Rule #**

**Rule #**

Supplemental pages required: Yes ____ No ____          Page 2 of 2

| Reporting Officer (Print and sign name) | Badge #: 107L |
|---|---|

Incident Report Submitted: Yes ✓ No ____ Translator/Assistance requested: Yes ____ No ____

Witness(es) requested: Yes ____ No ____ If yes, witness(es) name(s) Have each witness complete a Witness Statement Form.)

Further investigation required: Yes ____ No ____ If yes, complete Formal Investigation Form.

Locked in based on above charges: Yes ____ No ____ Date/Time:

You may submit to the chief administrative officer a written response to the charges brought against you. Furthermore, an impartial disciplinary committee has been designated by the Warden for the purpose of conducting a hearing to determine the validity of this compliant and to insure that the best interests of both you and the facility are served. You will be given an opportunity to answer the accusation at this hearing which will be held at least twenty four (24) hours after this notification, unless you choose to waive this right. If additional information is required by this committee, further inquiry into the circumstances surrounding the incident will be made. You have the right to appeal the dispositions and sanctions applied as a result of the hearing within two (2) business days of the hearing date. An appeal form will be given to you and assistance in completing the appeal form will be provided upon request. Your signature is required stating that you have received a copy of this notice from a supervisor.

Supervisor Signature/Date/Time:

Continued confinement required pending disciplinary hearing: Yes ✓ No ____
If yes CF11 must be submitted.

Duty Lieutenant Signature/Date/Time: ____ Coviello LT 48 7/18/07 2141

| Inmate Signature/Date/Time: NON-CONCURE | Supervisor Signature/Date/Time: |
|---|---|

After inmate has affixed his signature copies to:
Copy 1: Hearing Board  Copy 2: Inmate Copy  Copy 3: Classification

CF-12

29-0547.. 07/01cg

Ex. H

Case 2:10-cv-02877-MKB-ARL Document 15-3 Filed 02/07/11 Page 26 of 31 PageID #: 113

**SUFFOLK COUNTY SHERIFF'S OFFICE GRIEVANCE FORM** 2 pages

NAME: ELDEN MACFARLANE

GRIEVANCE #: R-2007-122

PIN #: 489783   D.O.B.: 11/17/68   LOCATION: 3 EST #3   FACILITY: SCCF   DATE: 07/20/07

**I. Specific detailed description of the Grievance:** (Be sure to review Grievance Procedure as outlined in the inmate Rulebook **before** completing Grievance.)   You should first attempt to resolve this issue with your Housing Officer and/or the Housing Area Sergeant.

I WAS GIVEN AN CF-12 (#700536-2 PAGES) AND TOLD TO SIGN THEM AS ONLY A RECEPTS AT APROX. 0130 HRS 07/19/07. I HAD JUST EM RETURNED FROM PECONIC BAY MEDICAL FOR A PERFERATED LEFT EAR AND A FULL SET OF X-RAYS AND A CATSCAN (FOR HEAD INJURY). I HAD BEEN MEDICATED EARLIER THAT EVENING (18 HRS) AND HAD BEEN SEDATED. I WAS RUSHED TO SIGN AN INCOMPLETE, INACCURATE AND COMPLETLY FALSE DOCUMENTS IF THEY IS NOT ARE NOT LEGALLY FRAUD THEN THEY ARE A MISCARAGE AND ABUSE OF SUFFOLK COUNTY CORRECTIONAL FACILITY FORMS/PROPERTY. THEY COULD NOT POSSIBLE MEET THE C.A.O 'S OR THE MINIMUM STANDARDS POLICY. BESIDE A LACK OF PROFECIONALISM IN COMPLETING THE FORM ITSELF 7 NYCRR 251.3.112 AND SS 7006.405 ON THE MINIMUM STANDARDS HAVE BEEN VIOLATED. I NOTICE THE FAULTS AFTER GETTING SOME REST. ALSO ALL CHARGES WERE FABRICATED TO DECEIVE THE CA.O AND TO UNFAIRLY PUNISH ME. I CAN PROVE THIS UPON REQUEST Additional Sheets Attached ( ✓ )

**II. Action(s) requested by the grievant:**   I WOULD LIKE A COPY OF THE RESTRAINT ORDER, TO HAVE ALL CHARGES DROPPED, MY RECORD CLEAR, AND A FORMAL INQUIRY BE STARTED TO GET TO THE BOTTOM OF THINGS IMMEDIALY. I MAY HAVE MADE MASOR ERROR ON FILLING THIS FORM, BUT CORRECTIONS OFFICER SHOULD HAVE A HIGHER STANDARD.

REC'D 7/23/07

Additional Sheets Attached ( ✓ )

Signature of Grievant: Elden Mac Farlane   Date: 07/21/07

**\* \* \* \* \* INMATES DO NOT WRITE BELOW THIS LINE \* \* \* \* \***

**Receiving Officer** – List any and all attempts made to resolve the issue described above.

This Grievance could not be solved by this officer. Grievance forwarded to Sgt. Sherrill.

Receiving Officer: James Damazy   #1289   Date: 07/22/07

**Housing Area Sergeant** - List any and all attempts made to resolve the issue described above.

See Page 3

## SUFFOLK COUNTY SHERIFF'S OFFICE GRIEVANCE FORM

| NAME: ELDEN MACFARLANE | | | GRIEVANCE #: R-2007-122 | |
|---|---|---|---|---|
| PIN #: 489783 | D.O.B.: 11/17/68 | LOCATION: 4SW24 | FACILITY: SCCF | DATE: 07/20/07 |

**I. Specific detailed description of the Grievance:** (Be sure to review Grievance Procedure as outlined in the inmate Rulebook **before** completing Grievance.)   You should first attempt to resolve this issue with your Housing Officer and/or the Housing Area Sergeant.

I AM NOW GOING TO GO THROUGH AN ITEMIZE LIST TO PROVE THAT THE C.F-12, # 700536, IS FRAUDULENT, —NOT COMPLETE-LY FILLED OUT WITH MAJOR SECTION NOT EVEN ADDRESS AT THE TIME OF MY SIGNATURE. (THE WITNESS SECTION, SUPPLEMENTAL PAGES SECTION, FURTHER INVESTIGATION SECTION, LOCK IN SECTION, SUPERVISOR INITIAL SIG-NATURE ON Pg 2, AND THE SUPERVISOR SIGNATURE AT THE BOTTOM RIGTH WAS NOT FILLED OUT UNTIL 17 HRS LATTER BY A DIFFERENT SUPPERVISOR THEN STATED ON THE FIRST PAGE. HE MADE ME GIVE HIM BACK MY RECEIPTS WHEN I ASKED IF IT COULD STAY AS IT WAS SO I COULD SHOW THE HEARING OFFICE. HE SAID "NO HE HAD TO CHECK IT". HE THEN SIGNED AND DATED THEM. HE DID NOT FILL IN ANY OF THE BLANK SECTION SO I QUESTION HIS MOTIVES FOR SIGNING. I BELEAVE HE WAS TRYING TO COVER FOR THE OTHER SUPERVISOR. HE DID NOT NOTICE THAT THE REPORTING OFFICER DID NOT PRINT HIS NAME AND Additional Sheets Attached ( ✓ )

**II. Action(s) requested by the grievant:** ~~EVS XXX ES~~ THAT HIS BADGE # WAS ILLEGABLE (MIN. STANDARD) REF. SS 7006.4 (65)

THE CF-12'S WERE NOT IAW 9 NYCRR 7006.7 AND WERE NOT COMPLETED IN WITHIN THE 24 HR PERIOD ALLOWED FOR CF-12'S. ALSO AS PER 9 NYCRR 7032.2a "INMATES MAY COMPLAIN ON WRITTEN OR UNWRITTEN FACILITY POLICIES, PROCEDURES, RULES .... ACTION OR INACTION OF ANY PERSON WITHIN THE FACILITY." THE CF-12 IS NOT COMPLETED FINLY 9 NYCRR 7006.4 (e) Additional Sheets Attached ( ✓ )

(9 NYCRR 7006.4 (e))

Signature of Grievant: Elden Mac Farlane          Date: 07/21/07

**\* \* \* \* \* INMATES DO NOT WRITE BELOW THIS LINE \* \* \* \* \***

**Receiving Officer** – List any and all attempts made to resolve the issue described above.

THIS GRIEVANCE COULD NOT BE SLVD BY THIS OFFICER GRIEVANCE FORWARDED TO Sgt. Sherrill (N)

Receiving Officer: James Lamonta          # 1289   Date: 07/22/07

**Housing Area Sergeant** - List any and all attempts made to resolve the issue described above.

See Page 3



## SUFFOLK COUNTY SHERIFF'S OFFICE GRIEVANCE FORM

| NAME: ELDEN MACFARLANE | | | GRIEVANCE #: R-2007-122 | |
|---|---|---|---|---|
| PIN #: 489783 | D.O.B.: 11/17/68 | LOCATION: 4SW24 | FACILITY: SCCF | DATE: 07/20/07 |

**I. Specific detailed description of the Grievance:** (Be sure to review Grievance Procedure as outlined in the inmate Rulebook **before** completing Grievance.)  You should first attempt to resolve this issue with your Housing Officer and/or the Housing Area Sergeant.

I BELEAVE S198 DID NOT SIGN THE SECOND FORM POSSIBLY BECAUSE OF THE SEVERITY OF THE CHARGES ON THAT FORM AND POSSIBLY KNOWING THAT THEY WHE WERE "MADE UP" BECAUSE C.O. 1072 FAILED TO ADHERE TO MINIMUM STANDARDS 9NYCRR 7003.3, 7003.4, 7003.8 7NYCRR 250.2.C (D,E,F,G,H) 9NYCRR 7507.1 AND SEVERAL OF THER I WILL ADDRESS ON ANOTHER FORM OR UPON REQUEST. I WAS ALSO FORCED TO SIGN A RESTRAINT ORDER ON 0130 07/19/07 AND WAS NOT GIVEN A COPY NOR WAS IT SIGNED BY A SUPERVISIOR. I BELIEVE SINCE UNCALLED FOR, UN AUTHORIZED USE OF THE "NIGTHSTICK" (ASP) AND AND MULTIPLE STRIKE TO THE HEAD WHILE USING PHYSICAL FORCE AS A DISPLENARY ACTION (7 NYCRR 251-1.2. A+B +D) (7NYCRR 250.2) FROM SEVERAL C.O.'S LEAD BY C.O. 1072 CAUSE ME TO GO TO THE HOSPITAL. FEAR OF REPRISAL OR LEGAL ACTION IS WHY I BELIE THE CF-12 WERE DONE SO QUICKLY, POORLY, AND ILLTIMED. I HAVE

Additional Sheets Attached ( )

**II. Action(s) requested by the Grievant:** CONT. WITNESSES FOR THE SECOND SIGNING, INCLUDING THE DUTY C.O. WHO HAD THE S194 COME TO MY SPECIAL HOUSING AREA TO REVEIW THEM IN FRONT OF ME. I BELIEVE THE PHYSICAL FORCE APPLIED ON ME COULD BE DETERMINED EXCESSIVE BY MEDICAL. I HAVE COPIES OF THE UNSIGNED FORM AND MY ORIGINAL "INMATES COPY". I HAVE BEEN PLACED ON HEAD TRAMA OBSERVATION ON 07/19/07 BY MEDICAL.

Additional Sheets Attached ( )

Signature of Grievant: Elden Mac fala        Date: 07/21/07

### * * * * * INMATES DO NOT WRITE BELOW THIS LINE * * * * *

**Receiving Officer** – List any and all attempts made to resolve the issue described above.

THIS GRIEVANCE COULD NOT BE SOLVED BY THIS OFFICER GRIEVANCE FORWARD TO SGT. SHERRILL.

Receiving Officer: J. James Damato        # 1289    Date: 07/22/07

**Housing Area Sergeant** - List any and all attempts made to resolve the issue described above.

I ATTEMPTED TO HAVE A CONVERSATION WITH INMATE MACFARLANE. HE WAS COMPLETELY IRRATIONAL AND

Ex. H-1

## SUFFOLK COUNTY SHERIFF'S OFFICE GRIEVANCE FORM

| NAME: ELDER MCFARLANE | | | GRIEVANCE #: R-2007-126 |
|---|---|---|---|
| PIN #: 489783 | D.O.B.: 11/17/83 | LOCATION: 4 SOUTH | FACILITY: SCCF | DATE: 07/31/07 |

**I. Specific detailed description of the Grievance:** (Be sure to review Grievance Procedure as outlined in the inmate Rulebook **before** completing Grievance.)   **You should first attempt to resolve this issue with your Housing Officer and/or the Housing Area Sergeant.**

I AM AN MENTALLY OBSERVATION CLASSIFIED INMATE, WHICH MEAN I LIVE IN SPECIAL HOUSING AND HAVE TIME RESTRICTIONS ON WHEN I CAN BE OUT OF MY CELL. I WAS THE TIER REPRESENTATIVE WHICH ALLOWED ME TO COME OUT OF MY CELL & OFF OF SCHEDULE IF THE C.O. ALLOWED. I AM FOCUSING ON EVENTS LEADING TO AN INCIDENT. THE INCIDENT ITSELF MAY NOT BE GRIEVABLE AND MAY BELONG TO INTERNAL AFFAIRS HOWEVER IF CERTAIN STEPS WERE NOT TAKEN (THAT WERE DIRECT VIOLATION OF THE MINIMUM STANDARDS) WE WOULD HAVE NO INCIDENT AND DISCIPLINARY #700536 WOULD NOT EXIST. THIS PROCESS OF ELEMINATION IS I.A.W MINIMUM STANDARDS. ON 07/18/07 MY C.O. (3EV SWING SHIFT) HAD ME SERVE JUICE AND HAND OUT THE EVENING MEAL WITHIN MY HOUSE AREA. I WAS NOT ALLOWED OUT OF THE AREA EXCEPT TO GIVE HIM THE GARBAGE AT THE GATE AND THEN RIGHT BACK IN. HE DID THE SAME THING THE DAY BEFORE. MOST C.O.'S LET ME FEED UNLESS THE SUPERVISOR TELLS     Additional Sheets Attached (✓)

**II. Action(s) requested by the grievant:** DISMISS ALL CHARGES ON ME - IF FAULT IS FOUND ADMINISTER APPROPRIATE PUNISHMENT. TO WHOM EVER. AN INVESTIGATION MAY BE NEEDED. REINFORCE POLICY OBSERVATION BY SUPERVISORS.

REC'd 7/23/07

Additional Sheets Attached (✓)

Signature of Grievant: _Eldie McFar___     Date: 07/31/07

### * * * * * INMATES DO NOT WRITE BELOW THIS LINE * * * * *

**Receiving Officer** – List any and all attempts made to resolve the issue described above.

This Grievance could not be solved by this officer. Grievance forwarded to Sgt. Sherrill ①

Receiving Officer: _James Samario_     #1289   Date: 07/22/07

**Housing Area Sergeant** - List any and all attempts made to resolve the issue described above.

ATTEMPTS BY MYSELF TO CARRY ON A RATIONAL CONVERSATION WITH INMATE MACFARLANE FAILED. HIS

## SUFFOLK COUNTY SHERIFF'S OFFICE GRIEVANCE FORM

**NAME:** ELDEN MACFARLANE    **GRIEVANCE #:** R-2007-126

**PIN #:** 489783   **D.O.B.:** 11/17/68   **LOCATION:** 4SW24   **FACILITY:** SCCF   **DATE:** 07/21/07

**I. Specific detailed description of the Grievance:** (Be sure to review Grievance Procedure as outlined in the inmate Rulebook **before** completing Grievance.) You should first attempt to resolve this issue with your Housing Officer and/or the Housing Area Sergeant.

OTHERWISE, I NOTICED EARLIER THAT C.O. 1072 WAS WORKING THE LOBBY AND THAT HE MIGTH HAVE TOLD MY C.O. NOT TO LET ME FEED BOTH TIERS (OUR SIDE FEEDS ON 'EVEN' DAYS). SEVERAL WEEKS EARLIER I HAD TO INFORM MY SOCIAL WORKER AND MY DOXTOR THAT I WAS BEING MISTREAT BY THIS OFFICER FOR NO REASON. THEY TOLD SECURITY AND ON JUNE 26TH WE FOUND COMMON GROUND WITH THE SUPERVISOR AS A GO BETWEEN. HE LEFT ME ALONE I STOPPED WRITING GRIEVANCES AND THAT WAS IT. HE DID NOT WANT ME TO TELL MENTAL HEALTH OR ANY C.O.'S ANYTHING BUT I FEEL THAT AT LEAST MY MENTAL HEALTH WORKER AND C.O.'S WHO I TRUST WHO CAME TO ME SHOULD KNOW A PROBLEM EXIST IN CASE I AM SET UP FOR FAILURE BY THE C.O. 1072. ABOUT 2 HOURS AFTER GIVING DINNER, CLEANING THE TIER, MY C.O. CALLED ME TO THE FRONT AND TOLD ME THAT THE DESK LOBBY (SO?) AND THE SARGENT WANTED ME IN THE LOBBY. I IMMEDIATLY ASKD WHY AND HE SAID HE DID NOT KNOW. (OTHERS HEARD HIM. AS I PUT ON MY SHIRT HE LEAVES THE BLOCK WITH THE OTHER (SES) C.O.   Additional Sheets Attached ( )

**II. Action(s) requested by the grievant:** IT IS ABOUT 1815 HRS, MY RECREATION TIME SLOT HAD BEEN OVER AND I SHOULD HAVE BEEN IN MY CELL. AT THIS POINT I BELIEVE VIOLATIONS OF 70079 NYCRR 7003 ACCURED (7003.3, 7003.4, 7003.6) I WAITED AT THE SALLYPORT FOR MY C.O., WHEN C.O. 1072 WALKED UP ASKE ME WHAT WAS I DOING AND HAD ME GO OFF THE HOUSING AREA AND WAIT BETWEEN THE TWO TIER I WAS MADE TO LEIVE MY HOUSING AREA, WHEN I WAS NOT IN REC, BY SOMEONE ONE OTHER THEN MY C.O.; WHO WAS GONE UNTIL AN INCIDANT HAPPEND Additional Sheets Attached (✓)

**Signature of Grievant:** _____    **Date:** 07/21/07

### * * * * * INMATES DO NOT WRITE BELOW THIS LINE * * * * *

**Receiving Officer** – List any and all attempts made to resolve the issue described above.

This GRIEVANCE could not be Solved By this officer GRIEVANCE FORWARD To Sgt. Sherrill

**Receiving Officer:** _____    # 1289    **Date:** 07/27/07

**Housing Area Sergeant** – List any and all attempts made to resolve the issue described above.

I WAS UNABLE TO HAVE A RATIONAL CONVERSATION WITH INMATE MACFARLANE. HIS COMPLAINTS CHANGED