## CIVIL CAUSE FOR ORAL ARGUMENT
BEFORE JUDGE BIANCO

DATE: 12/13/2017                          TIME: 1:18  p.m.
                                          Time in Court: 45 min.

CASE NUMBER:   CV-10-2877

TITLE: **MacFarlane v. Ewald et al.**


PLTFFS ATTY:     **David Adhami**

DEFTS ATTY:      **Arlene Zwilling**


FTR RECORDER: 1:18- 1:44            COURTROOM DEPUTY:   Michele Savona

OTHER:


  X    CASE CALLED.

  X    CONFERENCE HELD.

 ___   ARGUMENT HEARD / CONT'D TO_____.

  X    DECISION: MADE ON THE RECORD.

**OTHER:**  Phone conference set for  3/1/18/ at 1:30 pm