UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**      **DATE: 8/27/2018**
    **United States Magistrate Judge**

    **TIME: 1:30 p.m.**

**DOCKET NO: CV 10-2877 (JFB)**

**CASE: MacFarlane v. Ewald, et al**

\_\_\_ **INITIAL CONFERENCE**

\_\_\_ **STATUS CONFERENCE**          **BY TELEPHONE**\_\_\_

\_\_\_ **SETTLEMENT CONFERENCE**

\_\_\_ **FINAL CONFERENCE**

**_X_**   **DISCOVERY CONFERENCE**

    **APPEARANCES:**      **FOR PLAINTIFF:**      **FOR DEFENDANTS:**

    **Cory Morris**      **Arlene Zwilling**

    **Victor John Yannacone**

**The following rulings were made:**

    **Ruling placed on the record.**

    **SO ORDERED:**

    _____/s/_____