UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELDEN MACFARLANE,

                           Plaintiff,                              **ORDER**
                                                                         CV 10-2877 (JFB)(ARL)

        -against-

CHARLES EWALD, *et al.*,

                           Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Defendants were directed to produce the named Defendants' personnel files for *in camera* review. The files were provided to the Court on September 17, 2018 by disk. Following a review of the documents provided, it is hereby determined that the documents contained in the following files should be produced, with the exception of personal data including the medical records, medication records, mental health records, social security numbers and dates of birth of the complainants therein:

      1-15-03
      1-36-10mp3
      1-36-10pdf
      1-44-15
      1-66-06 mp3
      1-66-06

Defendants shall produce the documents no later than October 18, 2018

Dated:  Central Islip, New York                   **SO ORDERED:**
         October 2, 2018

                                                               _____/s_____
                                                                ARLENE R. LINDSAY
                                                                United States Magistrate Judge