UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:** **ARLENE R. LINDSAY**       **DATE: 11/6/2018**
**United States Magistrate Judge**
                                                                **TIME: 2:00 p.m.**

**DOCKET NO: CV 10-2877 (JFB)**

**CASE: MacFarlane v. Ewald, et al**

___ INITIAL CONFERENCE
_X_ STATUS CONFERENCE                              BY TELEPHONE _X_
___ SETTLEMENT CONFERENCE
___ FINAL CONFERENCE
___ DISCOVERY CONFERENCE

**APPEARANCES:**        **FOR PLAINTIFF:**        **FOR DEFENDANTS:**

**Cory Morris**        **Arlene Zwilling**

**The following rulings were made:**

The proposed joint pretrial order is approved for filing. The matter can not be settled at this time. Accordingly, the case is returned to the District Court for final disposition.

**SO ORDERED:**

_____/s/_____