# DEVITT SPELLMAN BARRETT, LLP
## ATTORNEYS AND COUNSELLORS AT LAW
50 Route 111
Smithtown, New York 11787
Phone: (631) 724-8833
Fax: (631) 724-8010
Email: info@devittspellmanlaw.com
(direct mail to Smithtown address)

| | | |
|---|---|---|
| KEVIN M. SPELLMAN | | JOHN G. SOMMERS |
| NICHOLAS M. BRINO | | MICHELE A. PERLIN |
| DAVID S. PALLAI | | GREGORY J. DE TOLLA |
| JUSTIN M. ROWE | | CHRISTI M. KUNZIG |
| JOHN M. SHIELDS | | JOSEPH WELSH |
| JENNIFER T. CHAVEZ | | CHRISTINE CUSUMANO |
| JACLYN L. DAR CONTE | | |
| | | Of Counsel |
| STEPHAN D. TRACE | | JOHN M. DENBY |
| FELICIA GROSS | | STEFANIE AFFRONTI |
| SCOTT J. KREPPEIN | | DEBORAH C. ZACHARY |
| CHERYL L. BERGER | | EILEEN M. O'NEILL |
| ROBERT A. KOUBEK | | ROGER E. SIEGEL |
| | | EMMANUEL KOSSARIS |
| Retired | | JOHN T. TRACY |
| JOSEPH P. DEVITT (1923-2017) | | |
| THOMAS J. SPELLMAN, JR. | | |
| WILLIAM J. BARRETT | | |
| JELTJE de JONG | | |

April 9, 2021

*Via* ECF

Honorable Margo K. Brodie, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

    Re: *MacFarlane v. Ewald, et al*, 10-cv-02877 (MKB) (ARL) (EDNY)

Dear Honorable Margo K. Brodie:

Counsel for the Defendants in this matter agree with Plaintiff's counsel that mediation may not be appropriate at this time for this case. However, we have remained in communication with Plaintiff's counsel throughout the process and have recently made a settlement offer.

We will keep the Court apprised of any further discussions with Plaintiff's counsel or developments. Thank you for your consideration.

        Respectfully submitted,

        DEVITT SPELLMAN BARRETT, LLP

         /s/
        John M. Shields

cc: All Counsel (*via* ECF)

---